DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar #161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEQUAN DERRELL PATTERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-MJ-317 KJN |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | |
| DEQUAN DERRELL PATTERSON, | Date:  December 13, 2012 |
| Defendant. | Time:  2:00 p.m. |
| | Judge: Edmund F. Brennan |

It is hereby stipulated and agreed to between the United States of America through TODD LERAS, Assistant U.S. Attorney, and defendant, DEQUAN PATTERSON, by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, that the preliminary hearing set for Wednesday, December 12, 2012, be continued to Thursday, December 13, 2012, at 2:00 p.m.  This request is made for continuity of defense counsel.

It is further stipulated that the time period from the date of this stipulation, December 5, 2012, through and including the date of the new preliminary hearing, December 13, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4 and the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

DATED:  December 5, 2012

          DANIEL BRODERICK
          Federal Defender

          */s/ Matthew C. Bockmon*
          MATTHEW C. BOCKMON
          Assistant Federal Defender
          Attorney for Defendant
          DEQUAN PATTERSON

          BENJAMIN B. WAGNER
          United States Attorney

          */s/ Matthew C. Bockmon for*
          TODD LERAS
          Assistant U.S. Attorney
          Attorney for United States

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on December 5, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for Wednesday, December 12, 2012, be vacated and that the case be set for preliminary hearing on **Thursday, December 13, at 2:00 p.m.**  The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 5, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, December 5, 2012, through and including December 13, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code T4.

DATED: December 5, 2012

          *[signature]*
          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE