JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
Matthew C. Bockmon, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
DEQUAN PATTERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:12-CR-0437 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | AND TO EXCLUDE TIME PURSUANT |
| ) | TO THE SPEEDY TRIAL ACT |
| DEQUAN PATTERSON, ) | |
| ) | Date:  March 12, 2013 |
| Defendant. ) | Time:  9:45 a.m. |
| _____ ) | Judge: John A. Mendez |

It is hereby stipulated and agreed to by and between the United States of America, through Todd Leras, Assistant U.S. Attorney, and defendant, DEQUAN PATTERSON by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference currently set for Tuesday, March 5, 2013, be vacated and a new status conference be set on Tuesday, March 12, 2013 at 9:45 a.m.

The reason for this continuance is additional time is needed for attorney-client defense preparation.

It is further stipulation that the time period from the date of this stipulation, March 4, 2013, through and including March 12, 2013, shall be excluded under the Speedy Trial Act 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, and that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated: March 4, 2013

        Respectfully submitted,
JOSEPH SCHLESINGER
Acting Federal Defender

    */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
DEQUAN PATTERSON

Dated: March 4, 2013        BENJAMIN B. WAGNER
United States Attorney

    */s/ Matthew C. Bockmon for*
TODD LERAS
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 4, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Tuesday, March 5, 2013, be vacated and that a new status conference date be set on March 12, 2013 at 9:45 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 4, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of today's date, through and including March 12, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: March 4, 2013

    /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

2