HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700/Fax: 916-498-5710
matthew.bockmon@fd.org

Attorney for Defendant
DEQUAN PATTERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:12-CR-0437 TLN |
|---|---|---|
| | ) | 2:12-CR-0436 TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER VACATING |
| vs. | ) | JURY TRIAL AND MOTION HEARING |
| | ) | DATES AND SETTING STATUS |
| DEQUAN PATTERSON, | ) | CONFERENCE |
| | ) | |
| Defendant. | ) | Date:   September 12, 2013 |
| | ) | Time:  9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |

At the defendant's request, the United States of America through Assistant United States Attorney Todd Leras together with the defendant Dequan Patterson through Assistant Federal Defender Matthew C. Bockmon agree to vacate the jury trial and motion hearing dates of August 1, 2013 and August 5, 2013 and set the matter for status hearing on September 12, 2013 for the following reasons:

Mr. Patterson requests additional investigation regarding a potential witness; counsel for the defendant needs additional time to review and research issues regarding a roll over warrant for pinging cell phone tower searches; Mr. Patterson yesterday received the government's written plea offer to resolve both cases, and needs additional time to review the offer with his attorney.

The parties agree that period of delay from August 1, 2013 until September 12, 2013 shall be excluded in computing the time within which the trial must commence based upon delay

resulting from the pending Fed.R.Evid. 404(b) motion under 18 U.S.C. § 3161(h)(1)(D) and delay resulting from a continuance at the request of the defendant and his counsel for the reasons stated above under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: July 30, 2013

                        HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ MATTHEW C. BOCKMON*
                        MATTHEW C. BOCKMON
                        Assistant Federal Defender
                        Attorney for Defendant
                        DEQUAN PATTERSON

Dated: July 30, 2013         */s/ DEQUAN PATTERSON*
                        DEQUAN PATTERSON
                        (Original Signature Retained by Attorney)

Dated: July 30, 2013         BENJAMIN WAGNER
                        United States Attorney

                        */s/ MATTHEW C. BOCKMON for*
                        Todd Leras
                        Assistant U.S. Attorney
                        Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 1, 2013 motion hearing and the jury trial date of August 5, 2013 are hereby vacated and a status conference is scheduled for September 12, 2013 at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the September 12,

1  2013 status conference shall be excluded from computation of time within which the trial of this
2  matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A)
3  and (B)(iv) and Local Code T4, to allow defense counsel reasonable time to prepare.

5  Dated: July 31, 2013

                                                Troy L. Nunley
                                                United States District Judge