BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00437 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND MOTION HEARING DATE |
| v. | |
| DEQUAN PATTERSON, | DATE: February 13, 2014 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motion hearing on February 13, 2014.

2. By this stipulation, the parties now move to reset the briefing schedule and schedule the motion hearing on March 6, 2014 at 9:30 a.m.

3. The parties agree to the following schedule: The opposition to the motion to suppress is due by February 6, 2014, any reply is due by February 13, 2014, and the motion hearing on March 6, 2014.

IT IS SO STIPULATED.

Dated: January 30, 2014                              BENJAMIN B. WAGNER
                                                     United States Attorney


                                                      /s/ OLUSERE OLOWOYEYE
                                                     OLUSERE OLOWOYEYE
                                                     Assistant United States Attorney


Dated: January 30, 2014                               /s/ Tim A. Pori by email approval
                                                     TIM PORI
                                                     Counsel for Defendant
                                                     DEQUAN PATTERSON


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 31st day of January, 2014.


                                                     _____
                                                     Troy L. Nunley
                                                     United States District Judge