1  BENJAMIN B. WAGNER
   United States Attorney
2  OLUSERE OLOWOYEYE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:12-CR-437 TLN
12 |                   Plaintiff,      | STIPULATION TO ADVANCE TRIAL
   |                                   | CONFIRMATION HEARING AND ORDER
13 |            v.                     |
   |                                   | DATE: July 24, 2014
14 | DEQUAN PATTERSON,                 | TIME: 9:30 a.m.
   |                                   | COURT: Hon. Troy L. Nunley
15 |                   Defendant.      |

16
17                              **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19  through defendant's counsel of record, hereby stipulate as follows:
20     1.   By previous order, this matter was set for trial confirmation hearing on July 24, 2014.
21     2.   By this stipulation, the parties now move to advance the trial confirmation hearing to July
22  10, 2014.
23     IT IS SO STIPULATED.
24
    Dated: July 3, 2014                           BENJAMIN B. WAGNER
25                                                United States Attorney
26
                                                   /s/ OLUSERE OLOWOYEYE
27                                                OLUSERE OLOWOYEYE
                                                  Assistant United States Attorney
28

STIPULATION TO ADVANCE TRIAL CONFIRMATION                     1
HEARING AND ORDER

Dated:  July 3, 2014            /s/ TIM PORI by email approval  
                                              TIM PORI  
                                              Counsel for Defendant  
                                              DEQUAN PATTERSON

**ORDER**

IT IS SO ORDERED this 8th day of July, 2014.

_____  
Troy L. Nunley  
United States District Judge

STIPULATION TO ADVANCE TRIAL CONFIRMATION HEARING AND ORDER      2