Tim A. Pori (SBN 189270)
John F. Baumgardner (SBN 275674)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile:   (707) 644-7528
Attorney for Defendant DEQUAN PATTERSON

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO. 2:12-cr-00437 - TLN |
| ) | |
| Plaintiff,        ) | STIPULATION AND |
| ) | ORDER |
| v.        ) | |
| ) | DATE:   August 5, 2014 |
| DEQUAN PATTERSON,        ) | TIME:    2:00 p.m. |
| ) | COURT: 27, 8th Floor |
| Defendant.        ) | |
| _____) | |
| ) | |
| CITY OF VALLEJO,        ) | |
| ) | |
| _____Real Party in Interest. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kelly J. Trujillo, Deputy City Attorney, attorney for the real party in interest, City of Vallejo and Tim A. Pori, attorney for defendant Dequan Patterson that the previously-noticed hearing date of August 5, 2014, be vacated and the matter re-scheduled for August 27, 2014, at 2:00 p.m. in Courtroom 25. The parties further request that the Court order the defendant's response be due on August 13, 2014, and the real party in interest's reply, if any, be due on August 20, 2014.   The parties further stipulate and agree that the original date of compliance of the subpoena at issue, July 24, 2014, be continued to August 27, 2014.

This request is made jointly by the City of Vallejo and defense.

1

Dated: July 22, 2014

        /s/ Kelly J. Trujillo (Authorized 7/22/2014)
Kelly J. Trujillo
Deputy City Attorney
Counsel for City of Vallejo
Real Party in Interest

Dated:  July 21, 2014

        /s/ Tim A. Pori_____
TIM A. PORI
Attorney for Defendant
DEQUAN PATTERSON

## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the hearing currently noticed for August 5, 2014, shall be re-scheduled for August 27, 2014 in Courtroom 25 at 2:00 p.m. It is further ordered that the defendant's response to the motion shall be filed no later than August 13, 2014 and real party in interest's reply, if any, shall be filed no later than August 20, 2014.

Dated:  July 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
12cr0437.Patterson.stipo

2