UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEQUAN PATTERSON,<br><br>Defendant. | No.  2:12-cr-0437-TLN<br><br><br><br>ORDER |

Before the court is real party in interest City of Vallejo's motion to quash a subpoena issued by defendant Dequan Patterson pursuant to Federal Rule of Criminal Procedure 17.  (ECF No. 88.)  After defendant filed an opposition to the motion to quash, and the City of Vallejo filed a reply brief, the matter came on for hearing before the court on August 27, 2014.  Kelly Trujillo appeared on behalf of the City of Vallejo, Tim Pori appeared on behalf of defendant, and there was no appearance on behalf of the United States.

In the course of the hearing, the court received direction from the assigned district judge, Judge Nunley, who had initially granted defendant's application for issuance of the Rule 17 subpoena, to proceed with consideration of the motion to quash.  After further discussions with the City of Vallejo, it was determined that the City of Vallejo had no responsive documents as to five of the six officers involved, and one brief, potentially responsive file of documents concerning the remaining officer.  Based on the parties' agreement, the court found it appropriate

1 | to conduct an *in camera* review of the limited potentially relevant documents.  After a careful
2 | review, the court ultimately concluded that the reviewed documents are not relevant to this case
3 | and need not be produced.

Thus, based on the cooperation of the parties, and without making any determination regarding the potential overbreadth of the subpoena or ruling on any of the other objections asserted by the City of Vallejo, the court finds that the City of Vallejo's motion is essentially moot.

Accordingly, in light of the above, IT IS HEREBY ORDERED that:

1. No documents need be produced in response to the subpoena at issue in the motion.
2. The Clerk of Court shall file the single file of documents reviewed by the court *in camera* UNDER SEAL.
3. The motion to quash (ECF No. 88) is denied as moot.

IT IS SO ORDERED.

Dated:  August 28, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE