TIM A. PORI (SBN 189270)
JOHN F. BAUMGARDNER (SBN 275674)
Law Offices of Tim A. Pori
521 Georgia Street
Vallejo, California 94590
Tel: (707) 644-4004
Fax: (707) 644-7528
Attorneys for Defendant DEQUAN PATTERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>DEQUAN PATTERSON,<br><br>            Defendant. | CASE NO.  2:12-CR-00437 TLN<br><br>STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND MOTION HEARING DATE<br><br>DATE: October 2, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant, Dequan Patterson, by and through his counsel of record, and Plaintiff, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motion hearing on October 2, 2014.

2. By this stipulation, the parties now move to reset the briefing schedule and schedule the motion hearing on December 4, 2014 at 9:30 a.m.

3. Counsel for the defendant desires additional time to research the issues presented in the motion, prepare a response, and properly advise the Defendant of the issues involved.  Plaintiff does not oppose this request.

4. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The parties agree to the following schedule: The opposition to the motion due by November 6, 2014, any reply is due by November 20, 2014, and the motion hearing on December 4, 2014.

STIPULATION and ORDER to reset briefing
schedule and motion hearing date

1

6. The Government does not object to the continuance.

7. By previous order, on or about July 10, 2014, the Honorable Troy L. Nunley found that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 10, 2014, and January 12, 2015, inclusive, was deemed excludable pursuant to Title 18 U.S.C. section 3161(h)(7)(B)(i) [Local Code T1].

IT IS SO STIPULATED.

Dated:  September 29, 2014             BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ Olusere Olowoyeye (Authorized 9/29/14)
                                       Olusere Olowoyeye (Authorized 9/29/14)
                                       Assistant United States Attorney



Dated:  September 29, 2014             /s/ Tim A. Pori
                                       TIM PORI
                                       Counsel for Defendant
                                       DEQUAN PATTERSON


# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 2nd day of October, 2014


Troy L. Nunley
United States District Judge

STIPULATION and ORDER to reset briefing
schedule and motion hearing date

2