UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEQUAN PATTERSON,<br><br>Defendant. | No.  2:12-cr-00437-TLN<br><br>**ORDER** |

On May 29, 2015, Defendant Dequan Patterson ("Defendant") filed a motion with this Court seeking to correct or reduce his sentence pursuant to 18 U.S.C. § 3553(a)(2).[1]  (ECF No. 118.)  The Court sentenced Defendant to a term of 72 months imprisonment on May 21, 2015. (ECF No. 117.)  Defendant's sentence was issued in accordance with the plea agreement reached between parties, which agreed to a specific sentencing range under Federal Rule of Criminal Procedure 11(c)(1)(C) ("Rule 11(c)(1)(C)").  (ECF No. 111.)  Defendant did not move for a variance under 18 U.S.C. § 3553(a)(2) at the time of his sentencing.

The decision to vary upward or downward from the United States' Sentencing Guidelines' sentencing range is within the discretion of this Court.  *Gall v. United States*, 552 U.S. 38, 48–49

---

[1] Defendant's motion asks for a "4 level downward departure pursuant to Title 18 U.S.C. 3553(a)(2)." However, 18 U.S.C. § 3553(a)(2) provides for a variance from the term indicated by the United States' Sentencing Guidelines. Therefore, a four level departure is not appropriate under the code. *Gall v. United States*, 552 U.S. 38, 49 (2007).

1

1  (2007). The Court has considered the Defendant's specific circumstances as indicated in his
2  motion and the Court finds no basis for a downward variance under 18 U.S.C. § 3553(a)(2).
3        Moreover, the parties entered into a plea agreement pursuant to Rule 11(c)(1)(C) and
4  agreed to a term a imprisonment not less than 60 months and not more than 96 months. (ECF No.
5  111 at 2.) The Court accepted the terms of that plea agreement and may not now modify the term
6  of imprisonment to a term outside the agreed upon range without vacating the plea agreement.
7  The Court chooses not to vacate the plea agreement.
8        For the reasons set forth above, Defendant's motion to correct or reduce his sentence is
9  hereby DENIED.

Dated:  August 5, 2015

_____
Troy L. Nunley
United States District Judge