CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ESTELA ACEVEDO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>DEQUAN PATTERSON,<br><br>             Defendant. | Case No.: 2:12-cr-437<br><br>STIPULATION AND ORDER TO CALENDAR MATTER FOR BAIL HEARING<br><br>DATE:   August 30, 2024<br>TIME:    2:00 p.m.<br>JUDGE:  Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Nchekube Oyima, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Dequan Patterson, that the matter be set for hearing on this court's criminal calendar on August 30, 2024, at 2:00 p.m. for bail review.  US Probation has been notified of the hearing date.


DATED:     August 28, 2024          /S/      Nchekube Oyima
                                                    _____

                                                    PHILLIP TALBERT
                                                    by NCHEKUBE OYIMA
                                                    Attorney for Plaintiff

DATED:     August 28, 2024          /S/      Clemente M. Jiménez
                                                    _____
                                                    CLEMENTE M. JIMÉNEZ
                                                    Attorney for Dequan Patterson

08/28/24

1

2

**ORDER**

3

     IT IS SO ORDERED, that this matter be calendared on August 30, 2024, at 2:00

4

p.m., for bail review.

5

6

This 28th day of August 2024

7

8

_____

HON. Jeremy D. Peterson

9

United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08/28/24