CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for DEQUAN PATTERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEQUAN PATTERSON,<br><br>Defendant. | Case No.: 2:12-cr-437 DJC<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING ADMIT/DENY HEARING<br><br>DATE:   September 12, 2024<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Nchekube Onyima, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Dequan Patterson, that the admit/deny hearing currently scheduled for September 12, 2024, at 9:00 a.m., be vacated and the matter continued to this court's criminal calendar on September 26, 2024, at 9:00 a.m.  Defense counsel will require additional time to obtain and review discovery requested of the government and confer with Mr. Patterson.

//
//
//
//
//

09/10/24

| | | | |
|---|---|---|---|
| DATED: | September 10, 2024 | /S/ | Nchekube Onyima |

PHILLIP TALBERT
by NCHEKUBE ONYIMA
Attorney for Plaintiff

| | | | |
|---|---|---|---|
| DATED: | September 10, 2024 | /S/ | Clemente M. Jiménez |

CLEMENTE M. JIMÉNEZ
Attorney for Dequan Patterson

## ORDER

IT IS SO ORDERED, that the admit/deny hearing in the above-entitled matter, scheduled for September 12, 2024, at 9:00 a.m., be vacated and continued to September 26, 2024, at 9:00 a.m.

This 10th day of September 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

09/10/24