| | |
|---|---|
| 1 | CLEMENTE M. JIMÉNEZ, ESQ. |
| 2 | California State Bar Number 207136 |
|   | 431 I Street, Suite 102 |
| 3 | Sacramento, CA 95814 |
| 4 | (916) 443-8055 |
| 5 | Attorney for DEQUAN PATTERSON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-437 DJC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING ADMIT/DENY HEARING |
| vs. | |
| DEQUAN PATTERSON, | DATE: September 26, 2024 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Nchekube Onyima, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Dequan Patterson, that the admit/deny hearing currently scheduled for September 26, 2024, at 9:00 a.m., be vacated and the matter continued to this court's criminal calendar on October 17, 2024, at 9:00 a.m.  US Probation has been notified of the parties' request.  Defense counsel will require additional time to obtain and review discovery requested of the government and confer with Mr. Patterson.

//
//
//
//
//

09/23/24

| | | |
|---|---|---|
| DATED: | September 23, 2024 | /S/    Nchekube Onyima |
| | | PHILLIP TALBERT |
| | | by NCHEKUBE ONYIMA |
| | | Attorney for Plaintiff |
| DATED: | September 23, 2024 | /S/    Clemente M. Jiménez |
| | | CLEMENTE M. JIMÉNEZ |
| | | Attorney for Dequan Patterson |

## ORDER

IT IS SO ORDERED, that the admit/deny hearing in the above-entitled matter, scheduled for September 26, 2024, at 9:00 a.m., be vacated and continued to October 17, 2024, at 9:00 a.m.

Dated:  September 23, 2024        /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

09/23/24